UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HELENE GOTTLIEB, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD S. WILLIS, BRADLEY J. SHISLER, KATHLEEN P. IVERSON, DAVID F. DALVEY, FREDERICK C. GREEN IV, KEITH A. BENSON, TIMOTHY R. GENTZ, TOM F. WEYL, NAVARRE CORPORATION, SFC ACQUISITION CO., INC., and SPEEDFC, INC.,<br><br>Defendants. | File No. 12-CV-2637(PJS/JSM)<br><br><br>**ORDER CONSOLIDATING CASES FOR ALL PURPOSES** |
| DAVIN POKOIK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD S. WILLIS, BRADLEY J. SHISLER, KATHLEEN P. IVERSON, DAVID F. DALVEY, FREDERICK C. GREEN IV, KEITH A. BENSON, TIMOTHY R. GENTZ, TOM F. WEYL, NAVARRE CORPORATION, SFC ACQUISITION CO., INC., and SPEEDFC, INC.,<br><br>Defendants. | File No. 12-CV-2752 (PJS/JSM) |

The above-entitled matter came before the undersigned Judge pursuant to the parties' stipulation to consolidate Court file number 12-CV-2637(PJS/JSM) [Doc No. 24] and 12-CV-2752 (PJS/JSM) [Doc No. 7].

Based upon the Stipulation of counsel, the Court hereby orders:

1. That the following actions are hereby related and consolidated for all purposes (hereinafter, the "Consolidated Action"), including pre-trial proceedings and trial:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Gottlieb v. Willis, et al.* | 12-CV-2637(PJS/JSM) | 10/16/2012 |
| *Pokoik v. Willis, et al.* | 12-CV-2752 (PJS/JSM) | 10/29/2012 |

2. All other cases that relate to the same subject matter that are subsequently filed or transferred to this Court are hereby consolidated for all purposes into the Consolidated Action before Judge Patrick J. Schiltz and Magistrate Judge Janie S. Mayeron. This Order shall apply as specified to the Consolidated Action and to each case that relates to the subject matter that is subsequently filed in this Court or transferred to this Court and is consolidated with the Consolidated Action.

3. The *Gottlieb v. Willis, et al.* action shall be designated the lead case and all higher numbered filings will be under its caption.

4. The files of the Consolidated Action shall be maintained in one file under Lead Case File No. 12-CV-2637(PJS/JSM).

5. Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HELENE GOTTLIEB, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD S. WILLIS, et al.<br><br>Defendants. | Lead Case No. 12-CV-2637(PJS/JSM)<br><br>Judge Patrick J. Schiltz<br><br>Magistrate Judge Janie S. Mayeron |

6. Plaintiffs shall file an amended consolidated complaint within 30 days of the shareholder vote, currently scheduled to take place on November 20, 2012, pursuant to Fed. R. Civ. P. 15(a)(1).

7. All Defendants shall be required to answer or otherwise respond to the Class Action Complaints filed by Gottlieb and Pokoik within thirty days after service of Plaintiffs' amended consolidated complaint. Fed. R. Civ. P. 15(a)(3).

Dated: November 13, 2012

*s/ Janie S. Mayeron*
Honorable Janie S. Mayeron
United States Magistrate Judge