UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HELENE GOTTLIEB, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD S. WILLIS, et al.<br>Defendants. | Lead Case No. 12-CV 2637(PJS/JSM)<br>Judge Patrick J. Schiltz<br>Magistrate Judge Janie S. Mayeron<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Helene Gottlieb ("Gottlieb"), by her attorneys, and pursuant to Fed. R. Civ. P. 41(a) (1)(A)(i), hereby gives notice of the voluntary dismissal of her action, without prejudice, as to all causes of action asserted against Defendants. The Complaint, as it relates to Ms. Gottlieb, may appropriately be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(i), because the Defendants have not answered or moved for summary judgment and the class alleged herein has not been certified, as set forth in Fed. R. Civ. P. 23(e).

Dated: December 20, 2012      Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: /s/ Karen H. Riebel
    Gregg M. Fishbein, #202009
    Karen H. Riebel, #219770
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

464930.1

**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
Mark I. Gross
Jeremy A. Lieberman
Gustavo F. Bruckner
Samuel J. Adams
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins, Esq.
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

*Attorneys for Plaintiff*