UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVIN POKOIK, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br> RICHARD S. WILLIS, et al.,<br><br>     Defendants. | File No. 12-CV-2637 (PJS/JSM)<br><br>Judge Patrick J. Schiltz<br>Magistrate Judge Janie S. Mayeron |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

This Stipulation is entered into by and among plaintiff David Pokoik ("Plaintiff"), and defendants Richard S. Willis, Bradley J. Shisler, Kathleen P. Iverson, David F. Dalvey, Frederick C. Green IV, Keith A. Benson, Timothy R. Gentz, Tom F. Weyl, Navarre Corporation, SFC Acquisitions Co., Inc., and SpeedFC, Inc. (collectively "Defendants"), by and through their attorneys of record as evidenced by the signature of counsel hereto. The parties hereby stipulate and agree to the dismissal with prejudice of the above-entitled matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own costs and attorneys' fees.

Dated: May 24, 2013       LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                  By s/ Elizabeth R. Odette
                  Gregg M. Fishbein #202009
                  Karen H. Riebel #219770
                  Elizabeth R. Odette, #340698
                  100 Washington Avenue South, Suite 2200
                  Minneapolis, MN 55401-2159
                  Telephone: 612-339-6900
                  Facsimile: 612-339-0981

470136.1

POMERANTZ GROSSMAN HUFFORD
  DAHLSTROM & GROSS LLP
Mark I. Gross
Jeremy A. Lieberman
Gustavo F. Bruckner
Samuel J. Adams
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665

LEVI & KORSINSKY, LLP
Shannon L. Hopkins
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: 212-363-7500
Facsimile: 212-363-7171

*Attorneys for Plaintiff Pokoik*

Dated: May 24, 2013

DORSEY & WHITNEY LLP


By  s/ Michelle S. Grant
    Peter W. Carter #0227985
    Michelle S. Grant #0311170
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

*Attorneys for Defendants Richard S. Willis, Bradley J. Shisler, Kathleen P. Iverson, David F. Dalvey, Frederick C. Green IV, Keith A. Benson, Timothy R. Gentz, Tom F. Weyl, Navarre Corporation, SFC Acquisition Co., Inc., and SpeedFC, Inc.*